```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HEIDI ROBIN DIFRANCO,

                Plaintiff,                       19 **CIVIL** 11862 (JLC)

      -v-                                        **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,
                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 13, 2020, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings in front of a different ALJ.

**Dated:** New York, New York
           August 14, 2020

                                                                  **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                      **BY:**
                                                                    **Deputy Clerk**